```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22601
    KELVIN WILLIAMS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-2332


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 12/01/2007 and was not confirmed.

    The case was dismissed without confirmation 04/28/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
CASHCALL INC               UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION          UNSECURED       NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00            .00
SALLIE MAE SERVICING COR   UNSECURED       31244.96            .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
TURNER ACCEPTANCE          UNSECURED       NOT FILED           .00            .00
SUPERIOR OAKS APARTMENTS   NOTICE ONLY     NOT FILED           .00            .00
TURBO TITLE LOANS          SECURED VEHIC   1100.00             .00            .00
TURBO TITLE LOANS          UNSECURED       655.74              .00            .00
ISAC                       UNSECURED       2832.18             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,493.00                        677.27
TOM VAUGHN                 TRUSTEE                                          58.89
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 736.16

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    677.27
TRUSTEE COMPENSATION                               58.89
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                  736.16                    736.16
```

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22601 KELVIN WILLIAMS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 22601 KELVIN WILLIAMS